People v McPherson (2024 NY Slip Op 04722)

People v Mcpherson

2024 NY Slip Op 04722

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (940/22) KA 18-00156.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
OSWALD MCPHERSON, JR., DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.